**Mustafa Aref Mustafa DAMRAWI,**
**Petitioner,**

v.

**Michael B. MUKASEY, Attorney**
**General, Respondent.**

No. 08–73495.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 29, 2009.

Elias Z. Shamieh, Law Offices of Elias
Z. Shamieh, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Division/Office of
Immigration Litigation, Washington, D.C.,
for Respondent.

Before: O'SCANNLAIN,
SILVERMAN and BYBEE, Circuit
Judges.

MEMORANDUM **

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order dismissing petitioner's appeal from an immigration judge's denial of petitioner's applications for asylum, withholding of removal,
and protection under the Convention
Against Torture ("CAT").

The decision that an alien has not established eligibility for asylum or withholding
of removal is reviewed for substantial evidence. *See Zehatye v. Gonzales,* 453 F.3d
1182, 1184–85 (9th Cir.2006).

The BIA did not err in finding petitioner
ineligible for asylum, withholding of removal or protection under CAT because
petitioner's own testimony establishes that
he was not harassed by the Jordanian
government or with the government's consent or acquiescence, nor was the government unwilling to protect him. *See* 8
U.S.C. § 1101(a)(42); 8 C.F.R.
§ 1208.16(b); 8 C.F.R. § 1208.18(a)(1); *see
also Navas v. INS,* 217 F.3d 646, 656 (9th
Cir.2000). Accordingly, respondent's motion for summary disposition is granted
because the questions raised by this petition for review are so insubstantial as not
to require further argument. *See United
States v. Hooton,* 693 F.2d 857, 858 (9th
Cir.1982) (per curiam) (stating standard).

All other pending motions are denied as
moot. The temporary stay of removal confirmed by Ninth Circuit General Order
6.4(c) shall continue in effect until issuance
of the mandate.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.